UNITED STATES OF AMERICA
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEBORAH STOJAK,

Defendant.

Case No. 1:26-cv-2608

Hon.
United States District Judge

______________________________________/

**COMPLAINT**

The Plaintiff United States of America, for the United States Department of Health and Human Services, upon information and belief, states the following:

1. This is a civil action brought on behalf of the United States of America and the Court has jurisdiction over this action by virtue of 28 U.S.C. § 1345.

2. Venue is proper in the Western District of Michigan pursuant to 28 U.S.C. § 1391(b) because the Defendant, Deborah Stojak, resides in the County of Grand Traverse, Michigan, within the jurisdiction of this Court.

3. On or about June 11, 1991, Deborah J. Stojak signed a National Health Service Corps Scholarship Program Contract ("NHSC Scholarship Contract") for School Year 1991-1992. A copy of the contract executed by Deborah J. Stojak is attached hereto as Exhibit 1.

4. On or about April 29, 1992, Deborah J. Stojak signed a NHSC Scholarship Contract for School Year 1992-1993. A copy of the contract executed by Deborah J. Stojak is attached hereto as Exhibit 2.

5. Beginning on or about October 31, 1991 to August 31, 1993, the United States Department of Health and Human Service made a total of $56,260.00 in scholarship payments to Deborah J. Stojak. A copy of the Debt Calculation Program Schedule is attached hereto as Exhibit 3.

6. On or about April 18, 1994, Deborah J. Stojak defaulted on the NHSC Scholarship Contract due to being dismissed from the University of Osteopathic Medicine & Health Sciences. A letter notifying the Defendant of the scholarship suspension and repayment liability was sent to her on April 25, 1995. A copy of the Default letter is attached hereto as Exhibit 4.

7. On or about December 17, 1996, a Default Notice was sent to the Defendant listing the total due from her as $76,310.00 and instructing her to make payments. A copy of the Default Notice is attached hereto as Exhibit 5.

8. On or about August 4, 1997, a letter was sent to the Defendant explaining that her debt was referred to a collection agency. The total due as of June 31, 1997, was $59,079.35. A copy of this letter is attached hereto as Exhibit 6.

9. Deborah J. Stojak requested a waiver of her National Health Service Corps Scholarship Program debt obligation. On or about June 24, 2015, the defendant submitted a letter in support of her waiver request. A copy of the letter is attached hereto as Exhibit 7.

10. DHHS partially granted the waiver, which waived the existing accumulated interest and lowered the defendant's outstanding balance to an estimated $28,911.54 with a new interest rate of 1.00%. On or around March 12, 2018, DHHS sent the defendant a letter

confirming its decision and outstanding balances. A copy of this letter is attached hereto as Exhibit 8.

11. From December 19, 1997 to June 4, 2026, various repayment demand letters and final notices were sent to the Defendant. Copies of these letters are attached hereto as Exhibit 9.

12. As of August 31, 2026, Defendant, Deborah J. Stojak is indebted to the United States in the amount of $31,377.37 with interest accruing at a rate of 1.00% per annum, as evidenced by the Certificate of Indebtedness, attached as Exhibit 10, and incorporated herein.

13. Due demand has been made for payment and Deborah J. Stojak has failed to pay this indebtedness.

14. This amount is a debt to the United States as defined in the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. §§ 3001-3308. See 28. U.S.C. § 3002(3)(B).

WHEREFORE, the United States of America demands judgment against Defendant, Deborah J. Stojak, as follows:

a. In the amount of $31,377.37, comprised of $28,911.54 principal, $2,465.83 interest accrued through August 31, 2026,

b. Interest to accrue at the rate of 1.00% per annum from August 31, 2026 to date of judgment.

c. Interest from the date of judgment at the legal rate in effect on the date of judgment until paid in full;

d. Filing fees of $405.00, 28 U.S.C. § 2412(a)(2); and

e. For such other relief as this Court may deem just.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Date: September 17, 2026

MEAGAN D. JOHNSON
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
meagan.johnson@usdoj.gov