# Exhibit 1

| NATIONAL HEALTH SERVICE CORPS SCHOLARSHIP PROGRAM CONTRACT SCHOOL YEAR 1991 - 1992 | U S DEPARTMENT OF HEALTH AND HUMAN SERVICES PUBLIC HEALTH SERVICE HEALTH RESOURCES AND SERVICES ADMINISTRATION BUREAU OF HEALTH CARE DELIVERY AND ASSISTANCE |
|---|---|

Section 338A, C-H of the Public Health Service Act ("Act") (42 U.S.C. 254l, m-r) authorizes the Secretary of Health and Human Services ("Secretary") to provide primary applicants selected to be participants in the National Health Service Corps Scholarship Program ("Scholarship Program") with scholarship awards. In return for awards, applicants must agree to provide health services in a manner determined by the Secretary for a period of obligated service equal to one year for each year of scholarship support received, or two years, whichever is greater.

Section 338A requires applicants to submit with their application a signed contract stating the terms and conditions of participation in the Scholarship Program. The Secretary shall sign only those contracts submitted by applicants who are selected for participation.

The terms and conditions of participating in the Scholarship Program for the 1991-1992 school year are set forth below.

**Section A — Obligations of the Secretary**

Subject to the availability of funds appropriated by the Congress of the United States for the Scholarship Program and the National Health Service Corps ("Corps"), the Secretary agrees to:

1. Provide the undersigned applicant ("applicant") with a scholarship award for the school year 1991-1992 during which the applicant:
   a. is enrolled, or is accepted for enrollment, as a full-time student in an accredited (as determined by the Secretary) educational institution in one of the several States, the District of Columbia, the Commonwealth of Puerto Rico, the Commonwealth of the Northern Mariana Islands, the Virgin Islands, Guam, or American Samoa, and
   b. is pursuing a course of study leading to a degree in medicine, osteopathy, dentistry, or other health profession which has been approved by the Secretary for participation in the Scholarship Program.

   The scholarship award may consist of payments, in whole or in part, for tuition, an amount for all other reasonable educational expenses incurred by the student, and a monthly stipend for the 12-month period beginning with the first month of each school year in which the applicant is a participant in the Scholarship Program.
2. Utilize the applicant to provide health services in accordance with Section B(5) of this contract.
3. Defer performance of an applicant's period of obligated service if the applicant: (1) receives a degree from a school of medicine, osteopathy; dentistry, veterinary medicine, optometry, podiatry or pharmacy, and (2) requests a period of deferment to complete an internship, residency or other advanced clinical training which the Secretary determines is consistent with the needs of the Corps for primary health services.
4. Release the Applicant from all or part of his or her Corps service obligation to enter into the full-time private clinical practice as a provider of primary health services where the provisions of section 338D of the Act, 42 U.S.C. 254n and applicable Corps policies are met.
5. Credit any period of service performed in accordance with Corps policy by the applicant under the National Research Service Award Program (section 472(a) (1) (A) or (B) of the Act, 42 U.S.C. 2891-1(a) (1) (A) or (B) toward satisfying the service obligation in Section B of this contract.

**Section B — Obligations of the Applicant**

The applicant agrees to:

1. Accept the scholarship award provided by the Secretary under Section A(1) of this contract for the school year 1991-1992.
2. Maintain full-time enrollment until completion of the course of study for which the scholarship award is provided.
3. Maintain an acceptable level of academic standing while enrolled in the course of study for which the scholarship award is provided.
4. Complete at least one year of advanced clinical training approved by the Secretary if he or she received a degree from a school of medicine or osteopathy.
5. Serve his or her period of obligated service by providing health services, as determined by the Secretary:
   a. In the full-time clinical practice as a provider of primary health services in a health professional shortage area (designated under section 332 of the Act) to which he or she is assigned by the Secretary as a member of the National Health Service Corps either as a commissioned officer in the Regular or Reserve Corps of the Public Health Service, a civilian employee of the United States, or an individual who not an employee of the United States; or
   b. In the full-time private clinical practice as a provider of primary health services under a Private Practice Option Agreement (section 338D of the Act) in a health professional shortage area selected by the Secretary for which designation under section 332 of the Act has been validated by the Secretary.
   c. In a unit of the Department of Health and Human Services designated by the Secretary, if there is no need in a health professional shortage area for a Corps member of the profession in which the applicant is obligated to provide health services under the contract.
6. Serve one year of obligated service for each year the scholarship award is provided, with a minimum obligation of 2 years.
7. Apply for and undertake placement in accord with established placement policies and procedures then in effect.
8. Comply with provisions of Title 42, Code of Federal Regulations, Part 62, Subpart A.

**Section C — Breach of Scholarship Contract**

If the applicant:

1. Fails to maintain an acceptable level of academic standing in the course of study for which the scholarship award is provided, or voluntarily terminates academic training before the completion of such training, or is dismissed from the educational institution for disciplinary reasons, the applicant shall, instead of performing the service olbigation incurred under this contract, repay to the United States all funds paid to the applicant and to the educational institution under this contract. Payment of this amount must be made within 3 years of the date the participant becomes liable to make payment under this paragraph.
2. Fails to begin or complete the period of obligated service incurred under this contract for any reason other than those in paragraph 1 of this section, the United States shall be entitled to recover an amount equal to three times the scholarship funds awarded, plus interest, as determined by the formula

$$A = 3\emptyset \frac{(t-s)}{t}$$

In which:

'A' is the amount the United States is entitled to recover,
'Ø' is the sum of amounts paid to or on behalf of the applicant and the interest on such amounts which would be payable if at the time the amounts were paid they were loans bearing interest at the maximum legal prevailing rate, as determined by the Treasurer of the United States,
't' is the total number of months in the applicant's period of obligated service, and
's' is the number of months of such period served by the applicant in accordance with section 338C of the Act or with a written agreement under section 338D of the Act.

The amount the United States is entitled to recover shall be paid within one year of the date the Secretary determines that the applicant has failed to begin or complete the period of obligated service.

**Section D — Creditability of Graduate Training Toward the Period of Obligated Service**

1. No period of internship, residency, or other advanced clinical training will be counted toward satisfying the period of obligated service incurred under this contract.

**Section E—Cancellation, Suspension, and Waiver of Obligation**

1. Any service or payment obligation incurred by the applicant under this contract will be canceled upon the applicant's death.
2. The Secretary may waive or suspend the applicant's service or payment obligation incurred under this contract if the applicant's compliance with the terms and conditions of this contract is:
   a. impossible or
   b. would involve extreme hardship and enforcement of such obligation would be unconscionable.

**Section F — Contract Extension**

1. The applicant may annually request extension of this contract, for a period not to exceed 12 months, if the request is submitted in accordance with procedure established by the Secretary.
2. Subject to the availability of funds appropriated by the Congress of the United States for the Scholarship Program and the Corps, the Secretary shall approve request for contract extension if:
   a. the request does not extend the total period of scholarship award beyond four years, and
   b. the applicant is otherwise eligible for continued participation in the Scholarship Program.

The Secretary or his/her authorized representative must sign this contract before it becomes effective.

| Applicant Name (*Please Print*) | Applicant's Signature | Date |
|---|---|---|
| Deborah J Stojak | Deborah J Stojak | 6-11-91 |
| Secretary of Health and Human Services | | Date |
| [signature] RN | | Oct 8 91 |

HRSA-857 (12/90) DK.51

★U S GPO 1991-0-289-562/45043